# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | )<br>) |
| Plaintiff,<br>v. | )<br>)<br>) |
| JOHN DOE, subscriber assigned IP address 50.154.0.25, | ) Case No.: 2:13-cv-00836-JES<br>)<br>)<br>) |
| Defendant | )<br>) |

## DECLARATION OF SHEA HAMBLING

1. My name is Shea Hambling. I am over the age of 18, am of sound mind and body, and have personal knowledge of the facts set forth herein.

2. I am the owner of Creative Computer Solutions. *See* http://www.creativecomputersolutions.biz/

3. My staff and I have performed inspections, including data recovery and forensic examination, of over 150 personal computers over the past four years.

4. I have reviewed the Complaint filed in the above-captioned litigation (the "Litigation").

5. I am very familiar with the BitTorrent file distribution network at issue in the Litigation.

6. On February 13, 2014, I examined the personal computer owned by the person identified as Defendant John Doe subscriber assigned IP address 50.154.0.2015 in the Litigation (the "Computer"). I conducted a forensic examination of the Computer, including a data restoration of all deleted files.

7. I did not identify any evidence that the Computer has been employed at any time to visit or use a BitTorrent file sharing site, or any other similar site.

8. I did not identify any evidence that any of the copyrighted material identified in the Plaintiff's complaint in the Litigation is, or at any time in the past was, located on the Computer.

9. I did not identify any evidence that any the copyrighted material is, or at any time in the past was, located on the Computer.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of February 2014.

_____
Shea Hambling