**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No.: 2:13-cv-00836-JES |
| JOHN DOE, subscriber assigned IP address ) | |
| 50.154.0.25, ) | **UNOPPOSED MOTION** |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF**
**STIPULATED PROTECTIVE ORDER**

Defendant John Doe, subscriber assigned IP address 50.154.0.25 ("Defendant"), hereby files this Unopposed Motion for Entry of a Stipulated Protective Order, and states as follows:

1. Defendant appeared in this matter for the limited purpose of moving to quash the Subpoena served upon Third-Party Comcast Cable Holdings, LLC ("Comcast"), and to move in the alternative for a protective order in the event the Court denies the Motion to Quash.

2. Comcast had issued a deadline of February 24, 2014 by which it would release Defendant's personal information if Defendant did not move the Court for appropriate relief. Defendant was constrained to file a Motion to Quash and for Protective Order, and Incorporated Unopposed Motion for Protective Order to Proceed Anonymously (D.E. 11) to preserve his arguments and identity prior to completing his efforts to resolve and/or narrow the issues with Plaintiff through the joint submission to the Court of a proposed Stipulated Protective Order.

3. On February 24 and 25, 2014, the undersigned conferred with Plaintiff's counsel with regard to the relief sought in Defendant's Motion and reached an agreement on the terms of

the attached proposed Stipulated Protective Order. The fully executed Stipulated Protective Order is attached as Exhibit 1 to this Motion.

     4.    Defendant is not waiving the arguments raised in his Motion to Quash (D.E. 11), or is not otherwise withdrawing said Motion. Rather, Defendant presently intends only to provide information to Plaintiff to further demonstrate that Defendant is not the alleged copyright infringer at issue in Plaintiff's complaint, and has agreed to the entry of the instant proposed Stipulated Protective Order for such reason only.

     5.    Plaintiff's Counsel has executed the attached stipulation indicating that Plaintiff has no objection to the granting of the relief sought herein.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court enter the attached Stipulated Protective Order and grant such other relief as this Court deems just and proper.

**CERTIFICATION OF COUNSEL PURSUANT TO
LOCAL RULE 3.01(g) AND RULE 26(c)(1), FED.R.CIV.P.**

On February 24 and 25, 2014, the undersigned contacted and conferred with Plaintiff's counsel via telephone and email. Plaintiff's counsel has represented that Plaintiff does not contest the relief sought herein, agrees to the entry of the Stipulated Protective Order attached hereto as Exhibit A, and has executed the attached Stipulated Protective Order.

DATED: February 25, 2014         RESPECTFULLY SUBMITTED:

                                            By: /s/ Marc A. Wites
                                               **MARC A. WITES**
                                               mwites@wklawyers.com
                                               WITES & KAPETAN, P.A.
                                               4400 North Federal Highway
                                               Lighthouse Point, FL 33064
                                               Telephone: (954) 570-8989
                                               Facsimile: (954) 354-0205
                                               *Attorneys for Defendant John Doe*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 25, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      By:    /s/ Marc A. Wites
                **Marc A. Wites**

## SERVICE LIST

M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd., Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*