**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                  Civil Action No.  2:13-cv-00836-JES-CM

JOHN DOE, subscriber assigned IP address
50.154.0.215,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>.  John Doe was assigned the IP address 50.154.0.215.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May 20, 2014

                                                          Respectfully submitted,

                                                          By:  /s/*M. Keith Lipscomb*
                                                          M. Keith Lipscomb (429554)
                                                          klipscomb@lebfirm.com
                                                          Lipscomb, Eisenberg & Baker, PL
                                                          2 South Biscayne Boulevard
                                                          Penthouse 3800
                                                          Miami, FL  33131
                                                          Telephone:  (786) 431-2228
                                                          Facsimile:  (786) 432-2229
                                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *M. Keith Lipscomb*_____
      M. Keith Lipscomb