**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                Civil Action No.  2:13-cv-00836-JES-CM

JOHN DOE, subscriber assigned IP address
50.154.0.215,

    Defendant.
_____/

**PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action with prejudice.  John Doe was assigned the IP address 50.154.0.215.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated: May 21, 2014

                                                Respectfully submitted,

                                                By:    /s/*M. Keith Lipscomb*
                                                M. Keith Lipscomb (429554)
                                                klipscomb@lebfirm.com
                                                Lipscomb, Eisenberg & Baker, PL
                                                2 South Biscayne Boulevard
                                                Penthouse 3800
                                                Miami, FL  33131
                                                Telephone:  (786) 431-2228
                                                Facsimile:  (786) 432-2229
                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 21, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                By: /s/ *M. Keith Lipscomb*
                                                   M. Keith Lipscomb